## SUPPORTING AFFIDAVIT

STATE OF OKLAHOMA     )
                              )     ss
COUNTY OF TULSA        )

     I, Cody Norman, duly sworn, state the following:

1.     I am a Task Force Officer with the United States Drug Enforcement

Administration (DEA). I have been employed in this capacity since October 2022. I am

currently assigned to the Tulsa, Oklahoma office. I am classified and trained as a Federal

Law Enforcement Officer, with federal statutory arrest authority. I am a Criminal

Investigator with the Quapaw Nation Marshal Service and have been so employed for

over two years. I also received a Bachelor of Science degree in Criminal Justice from

Missouri Southern State University in Joplin Missouri.

2.     Since becoming a Narcotics Investigator with the Quapaw Nation Marshal

Service, I have participated in wire and physical surveillance, surveillance of undercover

transactions, the execution of search warrants, debriefing of informants and review of

taped conversations and drug records. Through my training, education and experience, I

have become familiar with the manner in which illegal drugs are transported, stored, and

distributed and the methods of payment for such drugs. I have completed the following

training: State of Oklahoma Council on Law Enforcement Education and Training basic

police academy (CLEET), Federal Criminal Investigator Training Program at the Federal

Law Enforcement Training Center (FLETC) located in Glynco, GA, Clandestine Lab

Investigators Certification, Drug Identification, Criminal Interdiction, Search and

Exhibit 1

Seizure, Standard Field Sobriety Testing, Physical Surveillance, Electronic Surveillance, Financial Investigations, Interstate Trafficking, Money Laundering Investigations and Title III wire investigations both consensual and judicial.

3.      I have been involved in controlled substance investigations including the manufacturing, trafficking, distribution, cultivation, possession of controlled substances, and money laundering involving the proceeds from the distribution of controlled substances. Your Affiant has taken part in operations involving the surveillance, detection, identification, and seizure of controlled substances, using confidential sources and undercover agents acting in undercover capacities to purchase controlled substances. Your Affiant has obtained and served search warrants relating to controlled substance violations.

<u>**Property Sought For Forfeiture**</u>

4.      This affidavit is submitted in support of a Civil Complaint for Forfeiture against the following property:

- $31,700 in United States Currency
- $4,000 in United States Currency

The assets listed are subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

<u>**Facts and Circumstances**</u>

5.      In September of 2022 members of the Drug Enforcement Administration (DEA) Tulsa Resident Office (TRO) and the Oklahoma District Thirteen District Attorney's Office Drug and Violent Crimes Task Force began investigating a drug trafficking organization (DTO) for distributing methamphetamine in Miami, Oklahoma and

2

Commerce, Oklahoma. Investigators identified Alicia Sue Edens as a member of this DTO.

6.      Beginning on Wednesday, September 21, 2022, Your Affiant and a Bureau of Indian Affairs ("BIA") Special Agent ("SA") working with members of the Oklahoma District 13 Drug and Violent Crimes Task Force met with BIA Confidential Source ("CS") who arranged the purchase of methamphetamine from Alicia Sue EDENS. The CS arranged the purchase, the CS and EDENS agreed to meet at EDENS' residence located at 629 E Street, Commerce, Oklahoma.  The CS drove to EDENS' residence at 629 E Street, Commerce, Oklahoma, and met with EDENS inside the residence. The CS provided EDENS with $500.00 CAF. Agents conducting surveillance during the operation observed EDENS leave the residence driving a 2013 black Ford Escape bearing Cherokee Nation license plate CQ9422 and travel to 2317 A Street Northeast, Miami, Oklahoma. After a short time, EDENS left 2317 A Street Northeast, Miami, Oklahoma, and was surveilled by agents returning to her residence at 629 E Street, Commerce, Oklahoma, where the CS was waiting. Following EDENS' return to the residence, EDENS removed several grams of suspected methamphetamine from clear plastic. EDENS then distributed the remainder of the suspected methamphetamine to the CS for $500.00 CAF.  Two additional undercover purchases were made from EDENS, each following the same procedure; once being provided with payment for the narcotics, EDENS leaves her residence at 629 E Street, Commerce, Oklahoma, drives to 2317 A Street Northwest, Miami, Oklahoma, and returns to her residence and delivers the purchased narcotics to the CS.

7.      On March 1, 2023, a federal search and seizure warrant was signed by U. S. Magistrate Judge Jodi F. Jayne on the Vasquez's residence, located at 2317 A Street Northeast, Miami, Oklahoma.

8.      On March 9, 2023, members of the DEA (TRO), Miami Police Department and the District Thirteen District Attorney's Office Drug and Violent Crimes Task Force, executed a federal search and seizure warrant located at 2317 A Street Northeast, Miami, Oklahoma. Present inside the residence were Francisco Vasquez Jr., Yolanda Alanis Vasquez and Francisco Vasquez -Maldonado Sr.

9.      In the backyard of the property, Francisco Vasquez III was located inside a storm shelter. No one else is known to reside at this residence.

10.     During the search, investigators located approximately 49 gross grams of methamphetamine and approximately 352 gross grams of marijuana throughout the residence. Additional findings consisted of numerous various sizes of plastic baggies, multiple digital scales with residue and one (1) glass smoking pipe.

11.     Exhibit N-7, $31,700.00 00 U.S. Currency was seized by TFO Cody Norman as drug proceeds. Exhibit N-7 was located in the hallway closet, in a locked safe on the top shelf. A combination was provided to investigators by Francisco Vasquez Jr. however, it would not open with this combination and was forcibly opened. Francisco Vasquez Jr. stated that Exhibit N-7 belonged to his mother (Yolanda Alanis Vasquez) and it came from selling a house in Texas.

12.     Exhibit N-8, $4,000.00 U.S. Currency was seized by TFO Cody Norman as drug proceeds. Exhibit N-8 was located in the southwest bedroom between the mattress and box springs. Furthermore, in the same room was mail addressed to Francisco Vasquez Jr.

13.     Exhibit N-7, $31,700.00 U. S. Currency, and Exhibit N-8, $4,000.00 00 U.S. Currency were placed into paper evidence bags and placed among other empty identical paper evidence bags.

14.     District Thirteen Drug and Violent Crimes Task Force, Investigator Jacob Hamblett deployed his certified narcotics K-9 "Niko" and a positive alert occurred on both Exhibit N-7 and Exhibit N-8.

15.     Francisco Vasquez Jr., refused to speak with investigators and has a prior drug criminal history record. Francisco Vasquez Jr. has no known employment history. Francisco Vasquez Jr. was arrested and booked at Ottawa County Jail and has since been released.

16.     Francisco Vasquez III refused to speak with investigators and has a prior drug criminal history record. Francisco Vasquez III has no known employment history. Francisco Vasquez III was arrested and booked at Ottawa County Jail.

17.     Francisco Vasquez-Maldonado Sr. refused to speak with investigators and has no known employment history. Francisco Vasquez-Maldonado Sr. was not arrested, and nothing further is known.

18.     Yolanda Alanis Vasquez has no prior drug criminal history record and has no known employment history. Yolanda Vasquez was arrested and booked at Ottawa County Jail and has since been released.

5

19.     Based upon the information set forth herein, as well as training, experience, and knowledge of this investigation, Affiant has sufficient probable cause to believe that the $31,700 and $4,000 in United States Currency was seized in this investigation is the proceeds of and/or is facilitating property in violations of 21 U.S.C. §§ 841, 844, 846 and 856, and is subject to forfeiture pursuant to 21 U.S.C. §§ 881(a).

_____
Cody Norman, Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me this 21 day of August, 2023.

_____
NOTARY PUBLIC, State of Oklahoma

OFFICIAL SEAL
VALERIE A. BARGER
NOTARY PUBLIC OKLAHOMA
OTTAWA COUNTY
COMM. NO. 17006445 EXP. 7-14-25

(seal)

## **VERIFICATION**

I, Cody L . Norman, hereby verify that I am a Task Force Officer with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Tulsa, Oklahoma, this __21__ day of August, 2023.

 

 

_____
CODY L. NORMAN, Task Force Officer
Drug Enforcement Administration